~~SEALED~~

ORDERED UNSEALED on 12/30/2024   s/ STN

FILED

19 JAN 25  PM 5:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VPC        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| UNITED STATES OF AMERICA, | Case No. __19 CR 0296 WQH__ |
|---|---|
| v. | I N D I C T M E N T |
| VICTOR SEBASTIAN HERRERA-CASTRO (1), VICTOR MANUEL VELAZQUEZ (2), | Title 21, U.S.C., Secs. 959, 960 and 963 - International Conspiracy to Manufacture and Distribute Heroin; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Sec. 1956(a)(1)(B)(i) - Money Laundering; Title 18, U.S.C., Sec. 2(b) - Causation of Another; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |
| Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including the date of this indictment, within the country of Mexico and elsewhere, defendant VICTOR SEBASTIAN HERRERA-CASTRO, who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to manufacture and distribute a controlled substance, to wit: 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled

MEH:JCM:nlv:San Diego:1/25/19

Substance; intending, knowing and having reasonable cause to believe that such heroin would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

## Count 2

Beginning on a date unknown to the grand jury and continuing up to and including the date of this indictment, within the Southern District of California and elsewhere, defendants VICTOR SEBASTIAN HERRERA-CASTRO and VICTOR MANUEL VELAZQUEZ, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 3

On or about April 26, 2017, within the Southern District of California, defendant VICTOR MANUEL VELAZQUEZ did knowingly and intentionally distribute 100 grams and more, to wit approximately 626.3 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

On or about May 2, 2017, within the Southern District of California, defendant VICTOR SEBASTIAN HERRERA-CASTRO, did knowingly and willfully conduct a financial transaction affecting interstate and foreign commerce, to wit, depositing $12,000 in United States currency into two Wells Fargo accounts, which involved the proceeds of a specified unlawful activity, to wit, the offenses charged in Counts 2 and 3, knowing that the transaction was designed in whole and part to conceal and disguise

2

the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and knowing that the property involved represented the proceeds of some form of unlawful activity; in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2(b).

Criminal Forfeiture Allegations

1.    The allegations contained in Counts 1 through 4 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

2.    As a result of the commission of the felony offenses alleged in Counts 1 through 3, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants VICTOR SEBASTIAN HERRERA-CASTRO and VICTOR MANUEL VELAZQUEZ shall, upon conviction, forfeit to the United States all their rights, title, and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3.

3.    As a result of the commission of the offense alleged in Count 4, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant VICTOR SEBASTIAN HERRERA-CASTRO shall, upon conviction, forfeit to the United States all his rights, title, and interest in any and all property involved in the offense.

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

3

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

DATED: January 25, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JOSHUA C. MELLOR
Assistant U.S. Attorney

By: _____
MEGHAN E. HEESCH
Assistant U.S. Attorney

4